# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1971
Lower Tribunal No. 2023-CF-013811-A-O

_____

RONNIE JERMAINE BRIDGES, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

January 27, 2026

PER CURIAM.

AFFIRMED.

MIZE, BROWNLEE and GANNAM, JJ., concur.


H. Kyle Fletcher, of Fletcher Law Firm, P.A., Oviedo, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED